AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

DEC 17 2024

FILED

Javed Ashiq
*Petitioner*

v.

Sherriff Whittle
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. CV124-230
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Javed Ashiq
   (b) Other names you have used: not applicable
2. Place of confinement:
   (a) Name of institution: Columbia County Detention Center
   (b) Address: PO Box 310
   Appling, GA 30802
   (c) Your identification number: 388102
3. Are you currently being held on orders by:
   ☐ Federal authorities ☒ State authorities ☐ Other - explain:
4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: ~~Columbia County Superior Court~~ not applicable
   (b) Docket number of criminal case: not applicable
   (c) Date of sentencing: not applicable
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention
☐ Immigration detention
☒ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other *(explain)*: the constitutionality of my charges

6. Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: Columbia County ~~[scribbled out]~~ Superior Court
640 Ronald Reagan Drive, Evans, GA 30802
(b) Docket number, case number, or opinion number: 24-012351
(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
prosecution after due process violation

(d) Date of the decision or action: 8/16/2024

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
Did you appeal the decision, file a grievance, or seek an administrative remedy?
☒ Yes ☐ No
(a) If "Yes," provide:
(1) Name of the authority, agency, or court: Columbia County Detention Center Inmate Grievance System
(2) Date of filing: 11/29/2024
(3) Docket number, case number, or opinion number: 24- unknown
(4) Result: denied/no response provided after required 10 day period
(5) Date of result: 12/9/2024
(6) Issues raised: my due process rights under the Fourteenth Amendment

(b) If you answered "No," explain why you did not appeal:
N/a

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

n/a

(b) If you answered "No," explain why you did not file a second appeal:

no other appeal avenues were available

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

n/a

(b) If you answered "No," explain why you did not file a third appeal:

no other appeal avenues were available

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

n/a

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

n/a

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

n/a

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order: n/a

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☒ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

n/a

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

n/a

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☒ No

If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

n/a

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

n/a

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Due process of law was violated under the Fourteenth Amendment by having me sign a waiver of my right to first appearance without informing me that that is what I was signing, and not giving me any opportunity to read over what I was signing, before signing it.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

In of 202 , while being booked into jail, I was forced to sign a waiver of my right to a first appearance hearing by a deputy.

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes ☐ No

**GROUND TWO:** Sixth Amendment violations by forcing me to sign legal documents without my attorney present.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

In of 202 , while being booked into jail, I was forced to sign legal documents pertaining to my case by a deputy without being given an opportunity to consult with counsel prior to signing.

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☒ No

**GROUND THREE:** Eighth Amendment violations under deliberate indifference and cruel and unusual punishment, by not reprimanding the staff member who violated my rights when they were made aware of the violation.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

In of 2024, I filed a grievance about the violation of my rights by a deputy and was denied any assistance by the deputy's superiors.

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☒ No

**GROUND FOUR:**

n/a

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

n/a

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

not applicable

**Request for Relief**

15. State exactly what you want the court to do: Immediate release from confinement.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
12/6/24

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12/3/24

[signature]
*Signature of Petitioner*

not represented
*Signature of Attorney or other authorized person, if any*

Javed Ashiq
Columbia County Detention Center
PO Box 310
Appling, GA 30802

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$001.53º
12/10/2024 ZIP 30802
043M30267675

United States District Court
Southern District of Georgia
Augusta Division
600 James Brown Blvd.
Augusta, GA 30901

11/30

Legal Mail

Legal Mail