IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAVED ASHIQ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 124-230 |
| | ) | |
| SHERIFF WHITTLE, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner brings the above-styled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Upon consideration of the motion to proceed *in forma pauperis*, the Court **GRANTS** Petitioner's request. (Doc. no. 2.)

SO ORDERED this 20th day of December, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA